# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOEL ABAYA, individually and on behalf of others similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**TOTAL ACCOUNT RECOVERY, LLC,**<br><br>Defendant. | Case No. 2:15-cv-01269-MCE-CKD<br><br>**ORDER OF DISMISSAL** |

In accordance with the stipulation of the parties to dismiss the individual claims herein with prejudice and the putative class claims without prejudice, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), the case is hereby dismissed, with each party to bear its own costs and fees. The matter now having been resolved in its entirety at this juncture, the Clerk of Court is directed to close the file.

IT IS SO ORDERED.

Dated: April 28, 2017

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

Order of Dismissal